IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>JOHN J. FECAROTTA<br><br>Debtor(s) | Case No. 1:18-bk-13326<br><br>Chapter 13<br><br>Honorable Janet S. Baer |

### DECLARATION OF JOSEPH S. DAVIDSON

Joseph S. Davidson, Esq. being first duly sworn on oath, deposes and states as follows:

1. I am over the age of 21, under no legal disability, and I have personal knowledge of the facts set forth in this Declaration. If called as a witness I could and would testify to the following:

2. I am one of the attorneys for the Debtor in this case.

3. I have been admitted to the practice of law since 2010.

4. I am a member of good standing of the following Courts:

   - State of Illinois
   - United States District Court for the District of Colorado
   - United States District Court for the Central District of Illinois
   - United States District Court for the Northern District of Illinois
   - United States District Court for the Southern District of Illinois
   - United States District Court for the Northern District of Indiana
   - United States District Court for the Southern District of Indiana
   - United States District Court for the Eastern District of Michigan
   - United States District Court for the Northern District of Ohio
   - United States District Court for the Eastern District of Texas

- United States District Court for the Northern District of Texas
- United States District Court for the Southern District of Texas
- United States District Court for the Western District of Texas
- United States District Court for the Western District of Wisconsin
- United States Court of Appeals for the 7th Circuit

5. I have substantial experience representing consumers in claims brought pursuant to the Fair Credit Reporting Act ("FCRA"), Fair Debt Collection Practices Act ("FDCPA"), Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), Real Estate Settlement Procedures Act ("RESPA"), Telephone Consumer Protection Act ("TCPA"), Truth in Lending Act ("TILA"), and the Bankruptcy Code.

6. I have represented over 600 consumers in cases filed nationwide.

7. The rate that I billed per hour in this case is $375.00, which is justified by my experience, the nature and complexity of the cases I handle, and the relative risk involved in consumer cases.

8. The rate that I billed per hour in this case, $375.00, is consistent with that charged by Midwest attorneys practicing consumer law, as reported in the *United States Consumer Law Attorney Fee Survey Report 2010-2011, ps. 34, 48,* for the Midwest area, said Report being available online at http://www.nclc.org/images/pdf/litigation/fee-survey-report-2010-2011.pdf.

9. Cases using the *US Consumer Law Attorney Fee Survey Report* when deciding attorney fee disputes in Consumer Law cases include the following: *Decker v. Transworld Systems, Inc.*, 2009 WL 2916819 (N.D. Ill.2009) (finding results in the 2007 United States Consumer Law Attorney Fee Survey Report to be supported by the Laffey Matrix"); *Vahidy v. Transworld Systems, Inc.*, 2009 WL 2916825 (N.D. Ill. 2009) (finding results in

-2-

the 2007 United States Consumer Law Attorney Fee Survey Report to be "supported by the Laffey Matrix").

10. My hourly rate is further supported by the fact that I have prevailed in obtaining settlement or judgment on behalf of my clients in over 95% of the cases that I have filed.

11. The amount of hours I expended in this case is 25.6 hours, and I billed at the rate of $375.00, from the filing of the Motion for Sanction/Damages to March 29, 2019.

12. The total lodestar fee amount for my time based on this application is $9,375.00 (25 x $375.00).

13. I completely performed the services reflected above. The services performed were both reasonable and necessary to properly represent my client.

14. The time spent performing the services was reasonable in light of factual circumstances that necessitated the Motion for Sanctions.

15. I am seeking attorney's fees in the amount of $9,375.00. *See* attached Exhibit 1 is a true and correct copy of my time and billing records.

16. I have reviewed the time sheets for Mohammed O. Badwan in this case, and find the hours expended in this case to be reasonable.

17. I am familiar with the hourly rates of attorneys in this Judicial District that perform consumer work.

18. Attorney Mohammed O. Badwan's hourly rate of $425.00 is reasonable and consistent with his experience and skill level.

19. These requested attorney's fees and costs were reasonable and necessary to litigation in this case.

Pursuant to 28 U.S.C. § 1746(2), I, Joseph S. Davidson, hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: March 29, 2019 　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Joseph S. Davidson_



## ATLAS
### CONSUMER LAW
DEDICATION | INNOVATION | COMPASSION | EXCELLENCE

March 29, 2019

Ch-13 JSB 18-13326 John J Fecarotta

For legal services rendered for the period through March 29, 2019:

**TOTAL: $9,375.00**

### SERVICES DETAIL SCHEDULE

| Date | Name | Time | Rate | Fees |
|---|---|---|---|---|
| 12/18/2019 | J. Davidson | 1.5 | 375.00 | 562.50 |
| Meet with M. Badwan to discuss Citibank, N.A. counterclaims in arbitration proceedings | | | | |
| 12/19/2019 | J. Davidson | 8.0 | 375.00 | 3,000.00 |
| Prepare Debtor's Motion for Sanctions/Damages | | | | |
| 01/18/2019 | J. Davidson | 0.5 | 375.00 | 187.50 |
| Appear at Motion Hearing (Motion for Sanctions/Damages) | | | | |
| 01/18/2019 | J. Davidson | 0.5 | 375 | 187.50 |
| Meet with M. Badwan to discuss events of Motion Hearing | | | | |
| 02/18/2019 | J. Davidson | 1.0 | 375.00 | 375.00 |
| Review/analyze Citibank, N.A.'s Response to Motion for Sanctions/Damages | | | | |
| 02/25/2019 | J. Davidson | 1.0 | 375.00 | 375.00 |
| Meet with M. Badwan to discuss veracity of Citibank's Response to Motion for Sanctions/Damages | | | | |
| 03/07/2019 | J. Davidson | 0.1 | 375.00 | N/C |
| Prepare e-mail to Counsel for Citibank, N.A. re: Debtor's Motion to Extend Time | | | | |
| 03/07/2019 | J. Davidson | 0.5 | 375.00 | N/C |
| Prepare Debtor's Motion to Extend Time | | | | |
| 03/11/2019 | J. Davidson | 1.0 | 375.00 | 375.00 |
| Review/analyze Declaration of E. Peel; meet with M. Badwan to discuss same | | | | |
| 03/11/2019 | J. Davidson | 1.0 | 375.00 | 375.00 |
| Review arbitration record; review bankruptcy docket | | | | |
| 03/11/2019 | J. Davidson | 1.0 | 375.00 | 375.00 |
| Research agency theory; research imputation of knowledge | | | | |
| 03/11/2019 | J. Davidson | 1.0 | 375.00 | 375.00 |
| Research failure to remedy violation of automatic stay | | | | |
| 03/12/2019 | J. Davidson | 1.0 | 375.00 | 375.00 |
| Meet with M. Badwan to discuss strategy re: Reply in Support of Motion for Sanctions/Damages | | | | |

| 03/12/2019 | J. Davidson | 6.0 | 375.00 | 2,250.00 |
|---|---|---|---|---|
| Prepare Reply in Support of Motion for Sanctions/Damages ||||||
| 03/15/2019 | J. Davidson | 0.5 | 375.00 | 187.50 |
| Appear at Motion Hearing/Ruling (Motion for Sanctions/Damages) ||||||
| 03/29/2019 | J. Davidson | 1.0 | 375.00 | 375.00 |
| Prepare declaration as well as timesheet (Application re: Fees) ||||||

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | |
|---|---|
| | Case No. 1:18-bk-13326 |
| JOHN J. FECAROTTA | Chapter 13 |
| | Honorable Janet S. Baer |
| Debtor(s) | |

**DECLARATION OF MOHAMMED O. BADWAN**

I, Mohammed O. Badwan, declare that I am an attorney at the law firm Sulaiman Law Group, Ltd., counsel for John Fecarotta in this case. I am familiar with the facts set forth in this declaration by my own knowledge and if called upon I could and would testify as to the following:

1. I am over the age of 21, under no legal disability, and I have personal knowledge of the facts set forth in this Declaration. If called as a witness I could and would testify to the following:

2. I am one of the attorneys for the Debtor in this case.

3. I have been admitted to the practice of law since 2009.

4. I am a member of good standing of the following Courts:
   - The United States Court of Appeals for the 7th Circuit
   - The United States District Court for the Northern, Central, and Southern Districts of Illinois
   - The United States District Court for the Northern and Southern Districts of Indiana
   - The United States District Court for the Eastern and Western Districts of Wisconsin
   - The United States District Court for the Eastern District of Texas
   - The United States Bankruptcy Court for the Northern District of Illinois

-1-

- State Courts of Illinois

5. I have substantial experience in representing consumers in claims brought pursuant to the Fair Debt Collection Practices Act ("FDCPA"), Fair Credit Reporting Act ("FCRA"), Telephone Consumer Protection Act ("TCPA"), and the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA").

6. I have represented over 800 consumers in cases filed in Illinois and other jurisdictions.

7. The rate that I billed per hour in this case is $425.00, which is justified by my experience, the nature and complexity of the cases I handle, and the relative risk involved in consumer cases.

8. The rate that I bill in non-contingency cases is $425.00, which has been approved by Bankruptcy Courts in this District. *See i.e. In re Rensi*, 15-bk-33948 (N.D. Ill. 2015) [Dkt. 12, 25]; *In re Giron*, 15-bk-07521 (N.D. Ill. 2015) [Dkt. 134, 139]; *In re Boone*, 13-bk-49125 (N.D. Ill. 2013) [Dkt. 12, 24].

9. The rate that I billed per hour in this case, $425.00, is consistent with that charged by Midwest attorneys practicing consumer law, as reported in the *United States Consumer Law Attorney Fee Survey Report 2010-2011, ps. 34, 48,* for the Midwest area, said Report being available online at http://www.nclc.org/images/pdf/litigation/fee-survey-report-2010-2011.pdf.

10. Cases using the *US Consumer Law Attorney Fee Survey Report* when deciding attorney fee disputes in Consumer Law cases include the following: *Decker v. Transworld Systems, Inc.*, 2009 WL 2916819 (N.D. Ill.2009) (finding results in the 2007 United States Consumer Law Attorney Fee Survey Report to be supported by the Laffey Matrix"); *Vahidy v. Transworld Systems, Inc.*, 2009 WL 2916825 (N.D. Ill. 2009) (finding results in the 2007 United States Consumer Law Attorney Fee Survey Report to be "supported by the Laffey Matrix").

11. My hourly rate is further supported by the fact that I have prevailed in obtaining settlement or judgment on behalf of my clients in over 95% of the cases that I have filed.

12. My experience in consumer litigation has led to numerous speaking engagements, including speaking appearances at the annual convention for the National Association of Consumer Bankruptcy Attorneys ("NACBA"), the American Bankruptcy Institute ("ABI"), Max Gardner's Bankruptcy Litigation Model Bootcamp, and the American Conference Institute.

13. The amount of hours I expended in this case is 8.7 hours, and I billed at the rate of $425.00, from the filing of the Motion for Sanction to March 29, 2019.

14. The total lodestar fee amount for my time based on this petition is $3,679.50 (8.7 x $425.00).

15. I completely performed the services reflected above. The services performed were both reasonable and necessary to properly represent my client.

16. The time spent performing the services was reasonable in light of factual circumstances that necessitated the Motion for Sanctions. Although attorney Joe Davidson rendered most of the legal services pertaining to the Motion for Sanctions, my involvement was reasonable and absolutely necessary because I am the lead attorney in Mr. Fecarotta's arbitration matters in which Citibank filed the counterclaims that are the subject of the Motion for Sanctions. Accordingly, I had firsthand knowledge of Citibank's conduct that is the subject of the Motion for Sanctions, including but not limited to, communications with Citibank's counsel Emily Peel, pleadings in the arbitration matters, and Citibank's representations to the arbitrators presiding over the arbitration matters.

17. I am seeking attorney's fees in the amount of $3,697.50. *See* attached Exhibit 1 is a true and correct copy of my time and billing records.

19. I have reviewed the time sheets for Joseph Davidson in this case, and find the hours expended in this case to be reasonable.

20. I am familiar with the hourly rates of attorneys in this District that perform consumer work.

21. Attorney Joseph Davidson's hourly rate of $375.00 is reasonable and consistent with his with his experience and skill level.

22. These requested attorney's fees were reasonable and necessary to protect Mr. Fecarotta's interests.

Pursuant to 28 U.S.C. § 1746(2), I, Mohammed O. Badwan, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2019                                Respectfully Submitted,


                                                     s/ *Mohammed O. Badwan*



March 29, 2019

Ch-13 JSB 18-13326 John J Fecarotta

For legal services rendered for the period through March 29, 2019:

**Hours: 8.7**
**Rate: $425.00**
**TOTAL: $3,697.50**

SERVICES DETAIL SCHEDULE

| Date | Name | Time | Rate | Fees |
|---|---|---|---|---|
| 12/18/2019 | M. Badwan | 1.5 | $425.00 | $637.50 |
| Confer with J. Davidson re: Motion for Sanctions; discuss communications with Citi's counsel in the arbitration matters re: notice of bankruptcy. | | | | |
| 01/18/2019 | M. Badwan | .5 | $425.00 | $212.50 |
| Confer with J. Davidson re: Presentment of Motion for Sanctions | | | | |
| 02/25/2019 | M. Badwan | 2.0 | $425.00 | $850.00 |
| Review and analyze Citi's response to Motion for Sanctions; confer with J. Davidson re: the veracity of the contentions in Citi's response. | | | | |
| 03/12/2019 | M. Badwan | 3.0 | $425.00 | $1,275.00 |
| Search the record of the arbitration matters for documents and emails refuting the contentions made by Citi in its response to the Motion for Sanctions; confer with J. Davidson re: legal strategy for reply brief | | | | |
| 03/13/2019 | M. Badwan | .7 | $425.00 | $297.50 |
| Final review of reply brief | | | | |
| 3/29/2019 | M. Badwan | 1.0 | $425.00 | $425.00 |
| Prepare timesheet and declaration in support of fee application | | | | |