# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>JOHN J. FECAROTTA<br><br>Debtor(s) | Case No. 1:18-bk-13326<br><br>Chapter 13<br><br>Honorable Janet S. Baer |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBER 44 AND 63

The Debtor JOHN J. FECAROTTA ("Debtor"), through counsel, Joseph S. Davidson of the SULAIMAN LAW GROUP, LTD., hereby notifying all parties of interest that:

1. On December 19, 2018, Debtor filed a Motion for Sanctions/Damages for Violation of the Automatic Stay (the "Motion") against CITIBANK, N.A ("Citi").  Dkt. #44.

2. On March 15, 2019, the parties appeared on the Motion.  The Court set a schedule for Debtor to submit a fee application and a corresponding briefing schedule on the fee application, and set a hearing date of May 3, 2019. Dkt. #60.

3. On March 29, 2019, Counsel for Debtor submitted a Fee Application.  Dkt. #63.

4. As result of settlement, Counsel for Debtor hereby withdraws the Motion and Fee Application, with prejudice.

DATED: April 12, 2019                    Respectfully submitted,

**JOHN J FECAROTTA**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200

Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com